**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

**v.**                                                              **Criminal Action No. 3:25-CR-7
(Judge Groh)**

**MATTHEW BLAKE ROBINSON, et al.**

       **Defendants.**

**GOVERNMENT'S NOTICE OF INTENT TO OFFER DOMESTIC RECORDS
PURSUANT TO FED. R. EVID. 902(11) and 902(13)**

The United States of America, by its counsel, Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, and Lara K. Omps-Botteicher, Assistant United States Attorney, hereby notices the Court and defense counsel, of its intent to offer at trial self-authenticating data/records pursuant to Federal Rule of Evidence 902(11) and 902(13).

The certification attached as Exhibit A by Tim R. Hafer, a custodian of records at Hafer's Guns, meets the requirements of Federal Rules of Evidence 803(6)(A)-(C), 902(11), and 902(13). Government's Exhibit 2 (ATF Form 4473 for Glock, semi-automatic handgun, Model 27, .40 caliber bearing serial number UYG248 dated August 3, 2024 from Hafer's Guns (US180-US186)) and Government's Exhibit 8 (ATF Form 4473 for Smith & Wesson, Model M&P 5.7, 5.7X28mm caliber semi-automatic pistol, bearing serial number EFC4008 dated August 16, 2024 from Hafer's Guns (US187-US193)), are subject to this notice.  The documents have been produced and made available to defense counsel for inspection.

          Respectfully submitted,

          RANDOLPH J. BERNARD,
          Acting United States Attorney

1

By:     */s/ Lara K. Omps-Botteicher*
        Lara K. Omps-Botteicher
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Lara Omps-Botteicher, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on March 4, 2025, the foregoing *Government's Notice of Intent to Offer Domestic Records Pursuant to Fed. R. Evid. 902(11) and 902(13)* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record listed herein.

Kristen Leddy
Federal Public Defender Office
651 Foxcroft Avenue - Suite 202
Martinsburg, WV 25401
(Counsel for Matthew B. Robinson)

Michael Santa Barbara
518 W. Stephen Street
Martinsburg, WV 25401
(Counsel for Kawante D. Maxwell)

Barry Beck
308 Burke Street
Martinsburg, WV 25401
(Counsel for Marcus D. Brown)

RANDOLPH J. BERNARD,
Acting United States Attorney

By:   */s/ Lara K. Omps-Botteicher*
Lara K. Omps-Botteicher
Assistant United States Attorney