## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Tim R. Hafer_, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Hafer's Guns, and my title is _President_. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Hafer's Guns. The attached records consist of: an ATF Form 4473 for Glock, Model 27, .40 caliber pistol bearing serial number UYG248 and an ATF Form 4473 for Smith & Wesson, Model 57, 5.7 caliber pistol, bearing serial number EFC4008.

I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Hafer's Guns, and they were made by Hafer's Guns as a regular practice; and

b.    such records were generated by Hafer's Guns's electronic process or system that produces an accurate result, to wit:

1.    the records were copied from files in the custody of Hafer's Guns in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Hafer's Guns, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

03/02/2025
Date

Signature